STANDARD FURNITURE MANUFACTURING CO., INC., Plaintiff–Appellant,

v.

UNITED STATES, Defendant-Appellee,

and

International Trade Commission, Defendant–Appellee,

and

American Furniture Manufacturers Committee for Legal Trade, Kincaid Furniture Co., Inc., L. & J.G. Stickley, Inc., Sandberg Furniture Manufactur-

ing Company, Inc., Stanley Furniture Company, Inc., T. Copeland and Sons, Inc., and Vaughan–Bassett Furniture Company, Inc., Defendants–Appellees.

No. 2012–1230.

United States Court of Appeals, Federal Circuit.

June 12, 2014.

Jeffrey S. Grimson, Jill A. Cramer, Kristin Heim Mowry, Sarah M. Wyss, Mowry & Grimson, PLLC, Kevin Russell, Goldstein & Russell, P.C., Washington, DC, for Plaintiff-Appellant.

Jessica R. Toplin, Esq., Trial Attorney, Department of Justice, Patrick Vincent Gallagher, Jr., Attorney Advisor, James M. Lyons, Esq., Neal J. Reynolds, Esq., Assistant General Counsel, International Trade Commission Office of the General Counsel, Joseph W. Dorn, Ashley Charles Parrish, Jeffrey Mark Telep, Attorney, King & Spalding LLP, Washington, DC, for Defendant-Appellees.

Before NEWMAN, RADER, and CHEN, Circuit Judges.

## ORDER

NEWMAN, Circuit Judge.

American Furniture Manufacturers Committee for Legal Trade, and the United States and the International Trade Commission, move to summarily affirm the judgment of the United States Court of International Trade's decision in this case. Standard Furniture Manufacturing Co., Inc. opposes.

Summary affirmance is warranted "when the position of one party is so clearly correct as a matter of law that no substantial question regarding the outcome of the appeal exists." *Joshua v. United States*, 17 F.3d 378, 380 (Fed.Cir. 1994).

In its response, Standard Furniture does not dispute that this court's decision in *Ashley Furniture Industries, Inc. v. United States*, 734 F.3d 1306 (Fed.Cir. 2013) and *Ethan Allen Global, Inc. v. United States*, 2012–1200, 734 F.3d 1306, controls the outcome of the present appeal.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to summarily affirm is granted.

(2) Each party shall bear its own costs.

(3) Standard Furniture's unopposed motion to supplement its opposition to the motions for summary affirmance with a copy of the *certiorari* petition filed in *Ashley Furniture* is granted.